IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02742-PAB

BENNETT I. MACHANIC, M.D.,

    Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY and
UNUM GROUP,

    Defendants.

## ORDER OF RECUSAL

    This matter is before me on review of the file. One of my sisters is a partner at the law firm of Holland & Hart, counsel for the defendants. For this reason, it would be inappropriate for me to preside over this case. Accordingly, I will recuse myself. It is therefore

    ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

    Dated: December 17, 2008.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              Philip A. Brimmer
                              U. S. District Judge