IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-02742-WDM

BENNETT I. MACHANIC, M.D.

      Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY AND
UNUM GROUP,

      Defendant.
_____

## ORDER OF RECUSAL
_____

      Pursuant to 28 U.S.C. § 455, the undersigned recuses himself for service in the
above captioned matter because a member of his family is a partner in Holland & Hart,
attorneys for one or more of the parties, and directs that this case be returned to the Clerk
for reassignment by random draw.

      DATED at Denver, Colorado, on December 23, 2008

                          BY THE COURT:


                          s/ Walker D. Miller
                          United States Senior District Judge