IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02742-CMA-MJW

BENNETT I. MACHANIC, M.D.

    Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, a Tennessee corporation; and UNUM GROUP, a Tennessee corporation, formerly known as UNUM PROVIDENT CORPORATION

    Defendants.

---

**ORDER RE [DOCKET NO. 22] DEFENDANTS' UNOPPOSED MOTION TO VACATE AND RESET SETTLEMENT CONFERENCE SET FOR MAY 5, 2009** (Docket No 22)

---

THIS MATTER having come before the Court on the unopposed motion of Defendants, and the Court being fully advised in the premises therefor, hereby

ORDERS that said motion is granted and the settlement conference set for May 5, 2009 is vacated and reset for June 23, 2009 at ~~10:30 a.m.~~ 3:00 p.m.

DATED this 22nd day of April, 2009.

BY THE COURT:

*/s/ Michael J. Watanabe*
Hon. Michael J. Watanabe
U.S. Magistrate Judge

4502149_1.DOC