IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02742-CMA-MJW

BENNETT I.  MACHANIC, M.D.,

Plaintiff(s),

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, et al,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Vacate Settlement Conference (docket no. 36) is GRANTED finding good cause shown.  The Settlement Conference set before Magistrate Judge Watanabe on June 23, 2009, at 3:00 p.m. is VACATED.

It is FURTHER ORDERED that the parties shall file a joint written status report with the court on or before August 7, 2009, regarding their private mediation scheduled for July 29, 2009.

Date:   May 26, 2009