IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02742-CMA-MJW

BENNETT I.  MACHANIC, M.D.,

Plaintiff(s),

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, et al,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Motion to Amend Scheduling Order (docket no. 28) is GRANTED finding good cause shown.  The deadline to amend the pleadings or join additional parties is extended to May 27, 2009.  The Rule 16 Scheduling Order (docket no. 21) is amended consistent with this minute order.

Date:   May 27, 2009