IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02742-CMA-MJW

BENNETT I.  MACHANIC, M.D.,

Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, et al.,

Defendants.

---

### MINUTE ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Plaintiff's Motion to Amend Complaint (Docket No. 26) is granted, finding good cause shown, substantially for the reasons stated in the motion and reply (Docket No. 45).  It is

**FURTHER ORDERED** that the tendered First Amended Complaint and Jury Demand (Docket No. 26-2) is accepted for filing as of the date of this Minute Order.  It is

**FURTHER ORDERED** that Defendants' Second Motion to Amend Scheduling Order (Docket No. 42) is granted, finding good cause shown.  In any event, in view of the order above permitting the amendment of the Complaint, the extension request is essentially moot.  Nevertheless, it is

**FURTHER ORDERED** that the deadline for amendment of pleadings is extended up to and including June 26, 2009.

Date:   June 12, 2009