IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02742-CMA-MJW

BENNETT I.  MACHANIC, M.D.,

Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Plaintiff's Stipulated Motion to Amend Scheduling Order Re: Extension of Time Until October 1, 2009, to Submit Disclosure of Expert Witnesses on Claim Handling Practices and Insurance Bad Faith and Extension of Time Until December 1, 2009, for Depositions of Such Expert Witnesses (docket no. 59) is GRANTED finding good cause shown.  The Rule 16 Scheduling Order is amended to allow disclosure of expert witness opinions on claim handling and insurance bad faith through October 1, 2009, and extending the discovery deadline for the depositions of expert witnesses on claim handling and insurance bad faith until December 1, 2009.

Date:   July 7, 2009