IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02742-CMA-MJW

BENNETT I.  MACHANIC, M.D.,

Plaintiff(s),

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, et al,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Stipulated Motion for Protective Order (docket no. **62**) is GRANTED finding good cause shown.  The written Agreed Stipulation and Protective Order is APPROVED and made an Order of Court.

Date:    July 10, 2009