IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02742-CMA-MJW

BENNETT I.  MACHANIC, M.D.,

Plaintiff(s),

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, et al,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff's Stipulated Motion to Amend Scheduling Order re: Extension of Time Until December 1, 2009 to Submit Dislcosures [sic] of Expert Witnesses on Claim Handling Practices and Insurance Bad Faith; Extension of Time until February 1, 2010 for Discovery Depositions of Such Expert Witnesses; and Extension of Time for the Discovery Cut-Off Deadline [Docket No. **69,** Filed August 27, 2009] is **GRANTED** in that the Scheduling Order is amended as follows:
to allow disclosure of expert witness opinions on claim handling and insurance bad faith through December 1, 2009; rebuttal opinions to be submitted on or before January 4, 2010; and extending the discovery deadline for the depositions of expert witnesses on claim handling and insurance bad faith through February 1, 2010.

Date: August 31, 2009