IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02742-CMA-MJW

BENNETT I. MACHANIC, M.D.,

    Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, a Tennessee corporation; and UNUM GROUP, a Tennessee corporation, formerly known as UNUM PROVIDENT CORPORATION,

    Defendants.

## ORDER RE [DOCKET NO. 74] DEFENDANTS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Before the Court is the unopposed motion of Defendants to amend the Scheduling Order to extend the deadline for serving written discovery to September 15, 2009. The Court finds that good cause exists for granting the relief requested and accordingly ORDERS that Docket No. 74 is **granted**, and that the Scheduling Order is amended to allow the parties to serve written discovery on or before September 15, 2009.

Dated this 14th day of September, 2009.

BY THE COURT:

Hon. Michael J. Watanabe
U.S. Magistrate Judge