IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02742-CMA-MJW

BENNETT I. MACHANIC, M.D.,

    Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, a Tennessee corporation; and UNUM GROUP, a Tennessee corporation, formerly known as UNUM PROVIDENT CORPORATION,

    Defendants.

( Docket No. 73 )

## ORDER RE [DOCKET NO. 73] <u>UNOPPOSED MOTION TO CLARIFY OR AMEND</u> [DOCKET NO. 72] MINUTE ORDER DATED AUGUST 31, 2009

Before the Court is the unopposed motion of Defendants regarding their unopposed motion to clarify the Minute Order dated August 31, 2009 [Docket No. 72]. Docket No. 72 granted the stipulated motion filed by Plaintiff – Docket No. 69 – in which the parties agreed to the extension of various deadlines related to the designation of expert witnesses in the areas of bad faith and claims handling. The parties represented that Docket No. 69 was to include an affirmative request for an extension of the general discovery cut-off deadline to and including November 20, 2009. Accordingly, the Court hereby

ORDERS that Docket No. 72 is hereby clarified / amended so that it includes an extension of the general discovery cut-off deadline to and including November 20, 2009 within the amendments to the Scheduling Order.

Dated this 14th day of September, 2009.

-2-

DN 73

BY THE COURT:

*[signature]*

Hon. Michael J. Watanabe
U.S. Magistrate Judge