IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02742-CMA-MJW

BENNETT I.  MACHANIC, M.D.,

Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, et al.,

Defendants.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Plaintiff's Stipulated Motion to Amend Scheduling Order Re: Extension of Time to Submit Dislcosures [sic] of Expert Witnesses on Claim Handling Practices and Insurance Bad Faith; Extension of Time to Complete Discovery Depositions; and Extension of Time to File Dispositive Motions, DN 93, filed with the Court on November 19, 2009, is GRANTED.

1.  The deadline for designation of bad faith and claims handling experts is extended up to and including January 4, 2010;

2.  The deadline for designation of rebuttal bad faith and claims handling experts is extended up to and including February 4, 2010;

3.  The deadline for discovery depositions is extended up to and including March 1, 2010;

4.  The deadline for dispositive motions is extended up to and including March 30, 2019; and,

5.  The Final Pretrial Conference set on January 25, 2010, at 8:30 a.m., is VACATED and RESET on May 12, 2010, at 8:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The parties shall submit their proposed Final Pretrial Order on or before May 6, 2010.

Date:   November 19, 2009