IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02742-CMA-MJW

BENNETT I.  MACHANIC, M.D.,

Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Plaintiff's Stipulated Motion to Submit Documents Under Seal Pending In Camera Review by Court Pursuant to D.C.COLO.LCivR 7.2 (docket no. 104) is DENIED as MOOT. *See* this court's minute order (docket no. 105).

Date:  December 4, 2009