IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MICHAEL J. WATANABE, US MAGISTRATE JUDGE

Civil Action No.  08-cv-02742-CMA-MJW

BENNETT I.  MACHANIC, M.D.,

Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, et al.,

Defendants.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Plaintiff's Stipulated Motion to Amend Scheduling Order Re:  Extension of Time to Submit Dislcosures [sic] of Expert Witnesses on Claim Handling Practices and Insurance Bad Faith and Rebuttal Opinions by One (1) Week, DN 117, filed with the Court on December 29, 2009, is GRANTED and the scheduling order is amended as follows:

a.  The deadline for designation of bad faith and claims handling experts and opinions shall be extended up to and including January 11, 2010;

b.  The deadline for designation of rebuttal experts and opinions on bad faith and claim handling are extended up to and including February 11, 2010.

Date:  December 31, 2009