IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02742-CMA-MJW

BENNETT I. MACHANIC, M.D.

      Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, a Tennessee corporation; and UNUM GROUP, a Tennessee corporation, formerly known as UNUM PROVIDENT CORPORATION,

      Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER FOR LIMITED PURPOSE OF COMPLETING DEPOSITIONS AND FOR DEFENDANTS TO SUBMIT EXPERT DISCLOSURES ON CLAIM HANDLING PRACTICES AND INSURANCE BAD FAITH (DOCKET NO. 122)**

---

It is hereby ORDERED that the *Stipulated Motion to Amend Scheduling Order for Limited Purpose of Completing Depositions and for Defendants to Submit Expert Disclosures on Claim Handling Practices and Insurance Bad Faith*, DN 122, is GRANTED and the Scheduling Order is amended as follows:  (1) The discovery cut-off date is extended up to and including March 31, 2010 for the limited purpose of conducting certain depositions as set forth in the above motion; (2) Unum's expert disclosure deadline on the subjects of claim handling practices and insurance bad faith is extended up to and including February 19, 2010; and (3) the dispositive motion deadline is extended up to and including April 30, 2010.

Signed and dated this 18th Day of February, 2010

                                      BY THE COURT

                                      s/Michael J. Watanabe
                                      MICHAEL J. WATANABE
                                      United States Magistate Judge