IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02742-CMA-MJW

BENNETT I. MACHANIC, M.D.,

Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, et al.,

Defendants.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael J. Watanabe**

    It is hereby ORDERED that the Stipulated Motion to Amend Scheduling Order for Limited Purpose of Completing Certain Depositions, and to Extend Dispositive Motion Deadline, DN 126, filed with the Court on March 31, 2010, is GRANTED and the Scheduling Order is further amended as follows:

    The fact discovery cut off date is extended up to and including May 28, 2010.

    The dispositive motion deadline is extended up to and including June 18, 2010.

Date: May 6, 2010