IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02742-CMA-MJW

BENNETT I. MACHANIC, M.D.

Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, a Tennessee corporation; and UNUM GROUP, a Tennessee corporation, formerly known as UNUM PROVIDENT CORPORATION

Defendants. ( Docket no 132 )

**ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING (DOCKET NO. 132)**

The Court hereby grants the Stipulated Motion (Docket No.132) and amends the Scheduling Order to (1) extend the discovery cut-off up to and including July 9, 2010 for the limited purpose of conducting certain depositions.

Dated: June 3, 2010

BY THE COURT

_/s/ Michael J. Watanabe_
United States Magistrate Judge Michael J. Watanabe