IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02742-CMA-MJW

BENNETT I. MACHANIC, M.D.,

Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY and
UNUM GROUP,

Defendants.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the defendants' Unopposed Motion to File Documents Under Seal **(Docket No. 180)** is **granted**. Accordingly, the documents submitted by the defendants that have been filed as Docket No. 179 shall be sealed until further order of the court.

It is further **ORDERED** that Plaintiff's Stipulated Motion to Submit Additional Documents Under Seal Pending In Camera Review by Court Pursuant to D.C.COLO.LCivR 7.2 **(Docket No. 183)** is **granted**. Accordingly, the documents submitted by the plaintiff that have been filed as Docket No. 184 shall be sealed until further order of the court.

Date: September 14, 2010