**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 08-cv-02742-CMA-MJW

BENNETT I. MACHANIC, M.D.,

      Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY AND UNUM GROUP,

      Defendant.

_____

## ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE
_____

      Upon the parties' Stipulated Motion for Dismissal With Prejudice (Doc. # 213) ,

this action is hereby DISMISSED with prejudice. Each party shall bear its own costs and

attorneys' fees.

      DATED: November 8, 2010.

                    BY THE COURT:

                    _____
                    CHRISTINE M. ARGUELLO
                    United States District Judge